IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEMETRIUS LAWANA ABRO, #172755, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:12cv583-WHA |
| | ) | |
| DEPARTMENT OF CORRECTIONS, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon an independent evaluation and *de novo* review of this case, including the Recommendation of the Magistrate Judge (Doc. #5) and the Plaintiff's objection thereto, the court finds the objection to be without merit, and it is hereby OVERRULED.

The Plaintiff's objection merely argues the basis of the Complaint and fails to establish the requirements for a preliminary injunction at this time in the proceedings. Therefore, the court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1. Plaintiff's motion for injunction, considered as a motion for preliminary injunction (Doc. #3) is DENIED.

2. This case is referred back to the Magistrate Judge for further proceedings.

DONE this 1st day of August, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE