IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEMETRIUS LAWANA ABRO, #172755, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:12-cv-583-WHA |
| | ) | |
| FRANK ALBRIGHT, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #31), entered on July 23, 2015, and the Plaintiff's Objection (Doc. #34). After conducting an independent evaluation and *de novo* review of this case, the court finds the Plaintiff's objection to be without merit.

In her objection, the Plaintiff makes reference to various immunities to which she claims Defendants are not entitled. The Recommendation, however, was based on the merits of the case, and not on the basis of any immunity defense, including qualified immunity. Otherwise, the objection essentially re-argues the challenges made by the Plaintiff in her Complaint, for which she contends she met her burden of demonstrating that disputed issues of material fact exist and which make summary judgment improper. The court, however, agrees with the Magistrate Judge's analysis and findings to the contrary, and the Recommendation that the Defendants' Motions for Summary Judgment be granted. Therefore, it is hereby ORDERED as follows:

1. Plaintiff's Objection is OVERRULED.

2. The court ADOPTS the Recommendation of the Magistrate Judge.

3. Defendants' Motions for Summary Judgment (Docs. #21 and #30) are GRANTED.

4. This case is DISMISSED with prejudice, with costs taxed against the Plaintiff.

DONE this 24th day of September, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE