IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEMETRIUS LAWANA ABRO, #172755, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:12-cv-583-WHA |
| | ) | |
| FRANK ALBRIGHT, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

**<u>FINAL JUDGMENT</u>**

In accordance with the order entered by the court on this day,

Final Judgment is entered in favor of the Defendants and against the Plaintiff, and this case is DISMISSED with prejudice. Costs are taxed against the Plaintiff.

DONE this 24th day of September, 2015.


        /s/ W. Harold Albritton
        W. HAROLD ALBRITTON
        SENIOR UNITED STATES DISTRICT JUDGE